## Allegheny County Department Of Court Records

### Civil/Family Division Docket Report

**Run Date and Time: 4/13/2023 - 12:35:21**

---

GD-21-011435

L.H. etal vs McDonald's Corporation

**Filing Date:**
9/21/2021

**Related Cases:**

**Consolidated Cases:**

**Judge:**
Ward Christine A

**Amount In Dispute:**
$ 0

**Case Type:**
Other Tort

**Court Type:**
General Docket

**Current Status:**
Mail Returned

**Jury Requested:**
J

---

| | | | --Parties-- | | | |
|---|---|---|---|---|---|---|
| **LName** | **FName** | **MI** | **Type** | **Address** | **Initial Service Completion** | **Attorney** |
| H. | L. | | Plaintiff | | -- | Alan H Perer |
| T. | H. | | Plaintiff | | -- | Alan H Perer |
| H. | B. | | Plaintiff | | -- | Alan H Perer |
| Backgroundchecks.Com Llc | | | Additional Defendant | 100 Centerview Drive Suite 300 Nashville TN 37214 | -- | John G. Papianou |
| Rice Enterprises LLC | | | Defendant | 2522 Forest Brook Drive Pittsburgh PA 15241 | 09/29/2021 1320 | Kara Lattanzio |
| McDonald's USA LLC | | | Defendant | 251 Little Falls Drive Wilmington DE 19808 | 09/29/2021 1320 | Katherine J. McLay |
| McDonald's Corporation | | | Defendant | 251 Little Falls Drive Wilmington DE 19808 | 09/29/2021 1320 | Katherine J. McLay |

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Allegheny County District Attorney Office | | | Intervenor | | -- | -- |

**--Attorney--**

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Perer | Alan | H | Plaintiff's Attorney | Law Firm of Swensen & Perer 310 Grant Street Suite 1400 Pittsburgh PA 15219 | 4122811970 |
| Kcehowski | Rebekah | Byers | Defendant's Attorney | 500 Grant Street Pittsburgh PA 15219 | 4123913939 |
| McLay | Katherine | J. | Defendant's Attorney | Jones Day 500 Grant Street Suite 4500 Pittsburgh PA 15219 | -- |
| Lattanzio | Kara | | Defendant's Attorney | 437 Grant Street Suite 620 Pittsburgh PA 15219 | 4123157195 |
| McRee | Elizabeth | B. | Attorney | | -- |
| Heminger | Joseph | G | Attorney | 180 Fort Couch Road Suite 410 Pittsburgh PA 15241-1050 | 4128816620 |
| Perer | Diane | W | Attorney | One Oxford Centre Pittsburgh PA 15219 | -- |
| Papianou | John | G. | Add'l Defendant's Attorney | Montgomery, Mccracken, Walker 123 S Broad Street Philadelphia PA 19109 | 2157727389 |

**--Non Litigants--**

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Ward | Christine | A | Judge | 414 Grant St. City County Bldg. 8th fl Pittsburgh PA 15219 | |
| Allegheny County Department of Court Records | | | Department of Court Records | | |

**--Docket Entries--**

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 4/5/2023 | Mail Returned | on 04/03/23 because (Return to sender, Not a Deliverable as addressed, unable to forward). | Allegheny County Department of Court Records |
| 3/22/2023 | Stipulation | | Rice Enterprises LLC |
| 3/17/2023 | Mail Returned | on 03/08/23 because Return to sender not deliverable as addressed unable to forward | Allegheny County Department of Court Records |
| 2/16/2023 | Order of Court | Dated 02/16/23 Order that : 1. Paragraphs 8 & 9 of Plaintiffs Complaint are stricken and will not be reasserted in this case; 2. Paragraph 118(d) of Plaintiffs Complaint is Stricken and will not be reasserted in this case; 3. Plaintiff will not be allowed to assert or to amend her September 21, 2021 Complaint in order to assert any cause of action under the PHRA in this case against any Defendant. See Order for specifics Ward, J. As per Rule 236 Notice, copies sent to all parties 02/17/23 | Christine Ward A |
| 2/16/2023 | Order of Court | Dated 02/16/2023. It is ordered that the motion to overrule objections and to compel discovery responses from Plaintiff is granted in part and denied in part, as follows: See Order for specifics. Ward, J. As per Rule 236 Notice, copies sent to all parties 02/17/2023. | Christine Ward A |
| 2/13/2023 | Brief in Support | Of motion to compel discovery and response to Rice enterprises' motion for protective order | L. H. |
| 2/2/2023 | Brief in Support | | Rice Enterprises LLC |

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 2/2/2023 | Motion for Protective Order | | Rice Enterprises LLC |
| 2/2/2023 | Notice of Service | NOTICE OF SERVICE OF ANSWERS AND OBJECTIONS TO PLAINTIFFS? SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS | Rice Enterprises LLC |
| 2/1/2023 | Notice of Service | of Interrogatories | L. H. |
| 1/30/2023 | Motion to Compel Discovery | | L. H. |
| 1/17/2023 | Motion | MCDONALD?S USA, LLC AND MCDONALD?S CORPORATION?S MOTION FOR ORDER COMPELLING SERVICE OF COURT FILINGS AND CORRESPONDENCE | Rebekah Kcehowski Byers |
| 1/17/2023 | Response | | Rebekah Kcehowski Byers |
| 1/13/2023 | Amendment | Correction to motion for a brief status conference case management order | L. H. |
| 1/11/2023 | Motion | For a brief status conference case management order | L. H. |
| 1/9/2023 | Motion to Compel | | Kara Lattanzio |
| 1/4/2023 | Notice of Service | Amended Notice of Service of Plaintiff's Second Request for Production of Documents upon Defendant via email on 01/04/2023 | L. H. |
| 1/3/2023 | Motion | to appoint special discovery master | Rebekah Kcehowski Byers |
| 12/27/2022 | Memorandum of Law | | McDonald's USA LLC |
| 12/27/2022 | Motion | MCDONALD?S USA, LLC AND MCDONALD?S CORPORATION?S MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF L.H. | Rebekah Kcehowski Byers |
| 12/27/2022 | Motion | MCDONALD?S USA, LLC AND MCDONALD?S CORPORATION?S MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM PLAINTIFF L.H. | Rebekah Kcehowski Byers |
| 12/22/2022 | Reply | | Kara Lattanzio |
| 12/22/2022 | Notice of Service | of Plaintiff's second request for production of documents directed to Defendants McDonald's USA LLC and McDonald's Corporation | L. H. |
| 12/16/2022 | Order of Court | Dated 12/14/2022. It is ordered that argument on Defendant's motion to enforce subpoena will occur before the undersigned on May 12, 2023 at 9:30 A.M., Courtroom 819, City-County Building. Ward, J. As per Rule 236 Notice, copies sent to all parties 12/19/2022. | Christine Ward A |
| 12/13/2022 | Response | In opposition to rice enterprises' motion to enforce subpoena | Allegheny County District Attorney Office |
| 12/12/2022 | Notice of Deposition | | Alan Perer H |
| 12/9/2022 | Notice of Service | NOTICE OF SERVICE OF DEFENDANT RICE ENTERPRISES, LLC'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION SERVED UPON ALL COUNSEL OF RECORD ON 12/09/2022. | Rice Enterprises LLC |
| 12/6/2022 | Notice of Service | of plaintiffs second set of interrogatories and third request for production of documents directed to defendant. | Alan Perer H |
| 12/1/2022 | Notice of Deposition | | L. H. |
| 11/29/2022 | Stipulation | | Kara Lattanzio |

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 11/28/2022 | Motion to Compel Discovery | responses to Plaintiffs second request for production of documents directed to defendant | Alan Perer H |
| 11/28/2022 | Order of Court | Dated 11/29/2022. It is ordered that the argument on Additional Defendant's preliminary objections to Defendants amended complaint to join additional defendant shall occur on December 14, 2022 at 9:30 A.M., Courtroom 819, City-County Building. Ward, J. As per Rule 236 Notice, copies sent to all parties 11/29/2022. | Christine Ward A |
| 11/15/2022 | Notice of Deposition | | L. H. |
| 11/3/2022 | Memorandum of Law | | Backgroundchecks.Com Llc |
| 11/3/2022 | Preliminary Objections | | Backgroundchecks.Com Llc |
| 10/14/2022 | Amended Complaint | | Kara Lattanzio |
| 9/26/2022 | Memorandum of Law | MEMORANDUM OF LAW IN SUPPORT OF ADDITIONAL DEFENDANT BACKGROUNDCHECKS.COM, LLC?S PRELIMINARY OBJECTIONS TO DEFENDANT RICE ENTERPRISES, LLC?S COMPLAINT TO JOIN ADDITIONAL DEFENDANT | Backgroundchecks.Com Llc |
| 9/26/2022 | Preliminary Objections | | Backgroundchecks.Com Llc |
| 9/19/2022 | Verification to Complaint | | B. H. |
| 9/12/2022 | Notice of Service | | L. H. |
| 9/1/2022 | Acceptance of Service | | McDonald's USA LLC |
| 8/29/2022 | Notice of Deposition | | Alan Perer H |
| 8/24/2022 | Certificate Prerequisite | | Kara Lattanzio |
| 8/16/2022 | Notice of Service | First Set of Interrogatories and Request for Production of Documents Directed to Plaintiff L.H. was served upon all counsel of record via electronic and/or U.S. Mail on 08/16/2022 | Rice Enterprises LLC |
| 8/16/2022 | Notice of Service | | Kara Lattanzio |
| 8/10/2022 | Notice of Deposition | | Alan Perer H |
| 8/9/2022 | Reply to New Matter | | L. H. |
| 8/9/2022 | Reply to New Matter | | L. H. |
| 8/8/2022 | Order of Court | Dated 08/08/22. Plaintiffs motion to compel is granted. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 08/10/2022. | Christine Ward A |
| 8/4/2022 | Notice of Intention | to Serve Subpoenas | Rice Enterprises LLC |
| 7/27/2022 | Answer and New Matter | | McDonald's Corporation |

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 7/27/2022 | Answer and New Matter | | Rice Enterprises LLC |
| 7/27/2022 | Complaint to Join Additional Defendants | Backgroundchecks.com LLC | Rice Enterprises LLC |
| 7/19/2022 | Order of Court | Dated 04/06/22. Argument for plaintiffs motion to compel shall occur before the undersigned on August 19 2022 at 10:00 a.m. in courtroom 819 City County Building. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 07/20/2022. | Christine Ward A |
| 7/11/2022 | Brief in Opposition | OPPOSITION TO PLAINTIFF MOTION TO COMPEL RESPONSES TO PLAINTIFFS FIRST SET OF INTERROGATORIES | Rebekah Kcehowski Byers |
| 7/7/2022 | Order of Court | Dated 07/07/22.Defendants preliminary objections are overruled in part and granted in part. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 07/07/2022. | Christine Ward A |
| 6/29/2022 | Motion to Compel Discovery | To Plaintiffs' First Set of Interrogatories and Request for Production of Documents Directed to Defendants McDonald's USA LLC and McDonald's Corp. | Alan Perer H |
| 6/7/2022 | Motion | For entry of agreed stipulated protective order and also filed by McDonald Corporation | McDonald's USA LLC |
| 6/7/2022 | Brief in Support | of Motion to Compel Discovery and in opposition to Motion for Protective Order. | Alan Perer H |
| 6/7/2022 | Order of Court | Dated 06/07/22. Agreed stipulated protective order. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 06/08/2022. | Christine Ward A |
| 5/19/2022 | Motion to Compel | | Kara Lattanzio |
| 5/18/2022 | Notice of Deposition | | Alan Perer H |
| 4/21/2022 | Notice of Service | of Interrogatories | Alan Perer H |
| 4/15/2022 | Notice of Deposition | | Alan Perer H |
| 4/11/2022 | Order of Court | Dated 04/06/22. Argument on defendants preliminary objections previously scheduled for May 18 2022 has been re-scheduled for June 8 2022 at 1:30 p.m. in courtroom 819 City County Building. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 04/11/2022. | Christine Ward A |
| 3/30/2022 | Order of Court | Dated 03/29/2022. It is hereby ORDERED that Argument for Defendants', McDonald's USA LLC, McDonald's Corporation and Rice Enterprises LLC Preliminary Objections shall occur before the undersigned on May 18, 2022 at 9:30AM in Courtroom 819 of the City-County Building. Ward, J. As per Rule 236 Notice, copies sent to all parties 03/30/2022. | Christine Ward A |
| 3/29/2022 | Response | RESPONSE TO PLAINTIFFS SURREPLY AND IN SUPPORT OF DEFENDANTS MCDONALDS USA, LLC AND MCDONALDS CORPORATIONS PRELIMINARY OBJECTIONS | Rebekah Kcehowski Byers |
| 3/11/2022 | Brief in Opposition | to Preliminary Objections of Defendants McDonald's USA LLC and McDonald's Corporation | L. H. |
| 2/10/2022 | Reply | in Support | Rebekah Kcehowski Byers |
| 2/3/2022 | Response in Opposition | to Preliminary Objections of Defendants McDonald's USA LLC and McDonalds Corporation | L. H. |

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 1/18/2022 | Order of Court | Dated 01/18/22. Argument for preliminary objections previously scheduled for April 11 2022 has been rescheduled and shall occur before the undersigned on February 11 2022 at 2:00 p.m. in courtroom 819 of the City County Building. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 01/19/2022. | Christine Ward A |
| 1/13/2022 | Order of Court | Dated 01/13/22. Argument for preliminary objections shall occur before the undersigned on April 11 2022 at 9:30 in courtroom 819 City County Building. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 01/14/2022. | Christine Ward A |
| 1/11/2022 | Order of Court | Dated 01/10/22. Motion for admission is granted. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 01/11/2022. | Christine Ward A |
| 1/7/2022 | Motion | MCDONALD?S USA LLC AND MCDONALD?S CORPORATION?S MOTION FOR ADMISSION PRO HAC VICE OF ELIZABETH B. MCREE, ESQ | Rebekah Kcehowski Byers |
| 1/5/2022 | Certificate Prerequisite | | Kara Lattanzio |
| 12/30/2021 | Order of Court | DATED 12/8/21 ordered that the above captioned case is assigned to the Commerce and Complex Litigation Center and is assigned to Judge Christine Ward for all further proceedings. Ward, J. As per Rule 236 Notice, copies sent to all parties 12/30/2021. | Christine Ward A |
| 12/22/2021 | Praecipe | for Argument | Alan Perer H |
| 12/22/2021 | Praecipe | for presentation of Motion to Compel Discovery responses | L. H. |
| 12/21/2021 | Motion to Compel Discovery | | L. H. |
| 12/8/2021 | Joint Motion | to assign case to the Commerce and Complex Litigation Center | L. H. |
| 12/7/2021 | Preliminary Objections | | McDonald's USA LLC |
| 12/6/2021 | Brief in Opposition | | Alan Perer H |
| 12/6/2021 | Brief in Support | | Rebekah Kcehowski Byers |
| 11/2/2021 | Notice of Service | of interrogatories and documents | Alan Perer H |
| 10/25/2021 | Praecipe for Appearance | Of Rebekah B. Kcehowski on behalf of defendants McDonald's USA llc and McDonald's Corporation | McDonald's USA LLC |
| 10/25/2021 | Notice of Intention | | Rice Enterprises LLC |
| 10/22/2021 | Praecipe for Appearance | For McDonald?s USA LLC and McDonald?s Corporation. | Katherine McLay J. |
| 10/13/2021 | Brief in Support | to objections | Kara Lattanzio |
| 10/13/2021 | Praecipe for Appearance | Behalf of defendant | Kara Lattanzio |
| 10/13/2021 | Preliminary Objections | | Kara Lattanzio |
| 9/29/2021 | Sheriff Return | McDonald's Corporation was served with Complaint on 09/29/2021 by Served - Manager / other person authorized to accept deliveries of United States Mail. CORWIN JOHNSON | L. H. |
| 9/29/2021 | Sheriff Return | Rice Enterprises LLC was served with Complaint on 09/29/2021 by Served - Manager / other person authorized to accept deliveries of United States Mail. CORWIN JOHNSON | L. H. |

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 9/29/2021 | Sheriff Return | McDonald's USA LLC was served with Complaint on 09/29/2021 by Served - Manager / other person authorized to accept deliveries of United States Mail. CORWIN JOHNSON | L. H. |
| 9/21/2021 | Order of Court | Dated 09/20/21. The Court immediately seal the name of the minor plaintiff and her parents to protect the identity of the family. Plaintiff also request that the court only make the initials of minor plaintiff and her parents visible on the docket. Ward J see order for specifics As per Rule 236 Notice, copies sent to all parties 09/21/2021. | Christine Ward A |
| 9/21/2021 | Complaint | | L. H. |
| 9/21/2021 | Emergency Motion | To file redacted names of minor plaintiff and her parents | L. H. |

| --Judgments Against-- | | |
|---|---|---|
| Name | Amount | Satisfied(Y,N) |
| No Judgments Found | | |

| --Events Schedule-- | | | |
|---|---|---|---|
| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
| Preliminary Objections | 12/14/2021 10:00 | Room 703, City-County Building | MOTIONS JUDGE |