IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| L. H., A MINOR, BY AND THROUGH HER PARENTS AND NATURAL GUARDIANS; T. H., B. H., <br><br> Plaintiffs, <br><br> vs. <br><br> RICE ENTERPRISES, LLC, MCDONALD'S USA, LLC, MCDONALD'S CORPORATION, <br><br> Defendants, | 2:23-CV-00613-MJH |

ORDER

Following consideration of Defendants' Notice of Removal (ECF No. 3), Plaintiffs' Motion for Abstention and Remand (ECF No. 11), the respective briefs and filings (ECF No. 12, 19, 20, 25, 28, and 29), and for the reasons stated in this Court's Opinion (ECF No. 30), Plaintiffs' Motion for Abstention and Remand is granted, and this matter is remanded to the Allegheny County Court of Pleas forthwith.  Because this matter is remanded, Rice Enterprises's Motion to Refer This Action to the Bankruptcy Court for all Pre-Trial Proceedings is denied as moot.

DATED this 26th day of June, 2023.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge